**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-7477**

---

WADE STEPNEY, JR.,

       Plaintiff - Appellant,

    v.

DR. R. NEVILLE, SCDC KCI R&E; DR. LEWIS, SCDC PCI; NURSE
BISHOP, SCDC PCI; DR. PAYAM YOUSEFIAM, Providence N.E.
Family Care; WARDEN L. CARTLIDGE, SCDC PCI; ASSOCIATE WARDEN
CLAYTOR, SCDC PCI; ASSOCIATE WARDEN MOONEY, SCDC PCI; DR.
MONNIQUE SINGLETON, OCCRDC,

       Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   J. Michelle Childs, District Judge.
(1:13-cv-03073-JMC)

---

Submitted:  February 24, 2015          Decided:  February 27, 2015

---

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Wade Stepney, Jr., Appellant Pro Se.   Steven Michael Pruitt,
MCDONALD, PATRICK, POSTON, HEMPHILL & ROPER, LLC, Greenwood,
South Carolina; Lydia L. Magee, Marian Williams Scalise, Bruce
Hendricks Smith, RICHARDSON, PLOWDEN & ROBINSON, PA, Myrtle
Beach, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wade Stepney, Jr., appeals the district court's order accepting the recommendation of the magistrate judge to grant the Defendants' motions for summary judgment and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Stepney v. Neville, No. 1:13-cv-03073-JMC (D.S.C. Sept. 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED